IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| JACQUES AND ASSOCIATES, INC. | * | |
| v. | * | Civil Action No. 1:14-cv-01662-ELH |
| HAWK INSTITUTE FOR SPACE SCIENCES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

DECLARATION OF DAVID TAYMAN
IN SUPPORT OF PLAINTIFF'S REQUEST PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 55(b)(1) FOR DEFAULT JUDGMENT
AGAINST HAWK INSTITUTE FOR SPACE SCIENCES, LLC

I, David Lee Tayman, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for Plaintiff Jacques & Associates, Inc. ("Plaintiff Jacques") in this action.

2. The Complaint in this Civil Action was effectively served upon the Defendant Hawk Institute for Space Sciences, LLC ("Defendant HISS") on May 27, 2014 when Defendant HISS returned an executed waiver of service. A true and correct copy of this executed waiver of service was uploaded to the Court's electronic ECF/PACER filing system on May 30, 2014 and is maintained thereon as Docket Entry 4.

3. As a result of Defendant HISS waiving service of the Complaint in this Civil Action, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendant HISS had through and including July 28, 2014 to plead or otherwise defend in this Civil Action.

4. Defendant HISS did not plead or otherwise defend in this Civil Action by July 28, 2014, the deadline for doing so under the Federal Rules of Civil Procedure.

5. Because Defendant HISS failed to plead or otherwise defend in this Civil Action, on July 29, 2014, Plaintiff Jacques filed a request with the clerk for the entry of default against Defendant HISS. *See* Docket Entry 5.

6. On July 30, 2014, the Clerk of the United States District Court for the District of Maryland entered default against Defendant HISS. *See* Docket Entry 6.

7. As of the date of this declaration, Defendant HISS has continued its failure to plead or otherwise defend in this Civil Action.

8. The underlying contract claim of Plaintiff Jacques is for the amount of seventy-seven thousand two hundred and fifty dollars and no cents ($77,250.00).

9. Plaintiff Jacques also incurred court costs in the amount of four hundred dollars and no cents ($400.00) in bringing this action. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiff Jacques is also entitled to recover these costs.

10. Pursuant to Maryland law, Plaintiff Jacques should be awarded prejudgment interest from at least the date of the last payment of Defendant HISS's uncontested debt to Plaintiff Jacques (August 15, 2012) in the amount of 6%, or $12.70 per day, for a total of $9,270.00 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 15, 2014

_____
David Lee Tayman
Attorney for Plaintiff Jacques & Associates LLC